

**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
(at Greenbelt/Baltimore)

| | |
|---|---|
| In re: : | |
| : | |
| **SCOTT F. MALASKY and** : | Case No. **20-1-0070-TJC** |
| **SARAH E. MALASKY,** : | Chapter 13 |
| Debtor(s). : | |
| : | |

## ORDER CONFIRMING PLAN

The plan under chapter 13 of the Bankruptcy Code having been transmitted to creditors and it have been determined, after hearing on notice, that the requirements for confirmation set forth in 11 U.S.C. § 1325 have been satisfied and that the plan complies with the other applicable provisions of the Bankruptcy Code it is hereby:

ORDERED, that the plan of the Debtor dated **JUNE 26, 2020** is hereby confirmed; and it is further

ORDERED, that the property of the estate shall not vest in the Debtor(s) until the Debtor(s) is/are granted a discharge or this case is dismissed or otherwise terminated; and it is further

ORDERED, that the Debtor(s) is/are directed to pay to the Trustee on or before the **3RD** day of each month, the sum of **$100.00** monthly for months **1** through **20,** and the sum of **$448.00** monthly for months **21** through **60**, for a total period of **60** months.

- 2 -

ORDERED, that the Debtor(s) is/are directed to provide to the Trustee a copy of each Federal income tax return, and any amendment, at the same time it is filed with the taxing authority while the case is pending; and it is further

ORDERED, that the Debtor(s) is/are directed to provide to the Trustee annually not later than 45 days before the anniversary date of this Order, a statement, under penalty of perjury, of (i) the income and expenditures of the debtor during the tax year most recently concluded before such anniversary date, and (ii) the monthly income of the debtor(s) that shows how income, expenditures, and monthly income are calculated; and which discloses (a) the amount and sources of the debtor(s)' income, (b) the identity of any person responsible with the debtor(s) for the support of any dependent, and (c) the identity of any person who contributed, and the amount contributed, to the household in which debtor(s) resides.

TRUSTEE RECOMMENDATION
The Chapter 13 Trustee represents that the plan complies with the provisions of 11 U.S.C. § 1325 and recommends confirmation

/s/ Timothy P. Branigan
Timothy P. Branigan
Chapter 13 Trustee

cc:   All Creditors
      Debtor(s)
      Debtor(s)' Counsel
      Chapter 13 Trustee

**END OF ORDER**